# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ervin L. Streater,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:05-cv-284-2-MU

Theodis Beck, Secretary of
the NC Department of Corrections,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 6, 2006 Order.

**Signed: July 6, 2006**

Frank G. Johns, Clerk
United States District Court